E-FILED
Wednesday, 02 April, 2025 08:37:57 AM
Clerk, U.S. District Court, ILCD

FILED
APR 0 1 2025
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ROVALE D. REESE ) <br> ) <br> Defendant. ) | Criminal No. 25-CR-30018 <br> VIO: 21 U.S.C. §§ 841(a)(1) <br> and (b)(1)(B) |

## INDICTMENT

The Grand Jury Charges:

On or about November 2, 2022, in Sangamon County, in the Central District of Illinois and elsewhere,

ROVALE D. REESE,

the defendant herein, knowingly and intentionally distributed 500 grams or more of a substance containing cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

A TRUE BILL,

Redacted

FOREPERSON

Redacted

GREGORY M. GILMORE
ACTING UNITED STATES ATTORNEY
SES